IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN REGENT TYRELL,

    Petitioner,                No. CIV S-08-2855 JAM EFB P

    vs.

THOMAS G. HOFFMAN,

    Respondent.             <u>ORDER</u>

_____/

    Petitioner, proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 24, 2009, respondent filed a motion to dismiss, which is submitted for decision. On November 2, 2009, petitioner filed a motion to conduct discovery. Without ruling on the merits of petitioner's discovery request, the court finds that it is premature. The court must first address the motion to dismiss before determining whether good cause exists for discovery. *See* Rule 6(a), Rules Governing § 2254 Cases.

    Accordingly, it is hereby ORDERED that petitioner's November 2, 2009 motion for discovery is denied without prejudice.

Dated: February 4, 2010.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE