IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN REGENT TYRELL,

    Petitioner,                    No. 2:08-cv-2855 JAM KJN P

    vs.

THOMAS HOFFMAN,

ORDER

    Respondent.

        Petitioner is a state prisoner proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The undersigned issued Findings and Recommendations on March 17, 2010, dismissing petitioner's petition and providing twenty-one days for petitioner to file objections. On April 12, 2010, petitioner filed a 90 page objection to the Findings and Recommendations that the undersigned deems timely. On May 5, 2010, petitioner filed an additional 94 page document objecting to the same Findings and Recommendations and petitioner filed a motion for the court to accept the addition objections.

        As petitioner's initial objections are sufficient and petitioner's additional objections are well beyond the twenty-one days provided, the court will not accept petitioner's May 5, 2010 objections.

////

1

Accordingly, IT IS HEREBY ORDERED that

1. Petitioner's April 12, 2010 objections are deemed timely filed; and

2. Petitioner's May 11, 2010 motion to supplement his objections is denied.

DATED: May 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tyre2855.ord